UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:12-CV-465 |
| 21st Century Salvage, Inc. | : | Judge Sargus |
| | : | Magistrate Judge Deavers |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon motion of Plaintiffs, the within cause is hereby dismissed, with prejudice. Nothing in this order prohibits the Plaintiffs from auditing the payroll records of Defendant for all periods after April 30, 2012 and enforcing any findings.

_____  10-3-2012
UNITED STATES DISTRICT JUDGE

Approved:

s/Steven L. Ball
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road, Suite 1
Columbus, Ohio 43220
614/447-8550
Trial Attorney for Plaintiffs